USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/10/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRUCTURED ASSET SALES, LLC,

        Plaintiff,

v.

EDWARD CHRISTOPHER SHEERAN p/k/a/ ED SHEERAN, SONY/ATV MUSIC PUBLISHING, LLC, ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS, BDI MUSIC LTD., BUCKS MUSIC GROUP LTD., THE ROYALTY NETWORK, INC., DAVID PLATZ MUSIC (USA) INC., AMY WADGE, JAKE GOSLING, MARK "SPIKE" STENT, STONE DIAMOND MUSIC CORP., CHEWIETOURS LP, EMI MUSIC PUBLISHING, SONY MUSIC ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY CORPORATION, ANSCHUTZ ENTERTAINMENT GROUP, INC., and DOES 1 THROUGH 10,

        Defendants.

No. 20-CV-4329 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    In light of the COVID-19 pandemic, the initial status conference scheduled for September 11, 2020 at 12:30 p.m will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:    September 10, 2020
              New York, New York

                                            Ronnie Abrams
                                            United States District Judge