UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURED ASSET SALES, LLC,<br><br>*Plaintiffs*,<br><br>-against-<br><br>EDWARD CHRISTOPHER SHEERAN, p/k/a ED SHEERAN, SONY/ATV MUSIC PUBLISHING LLC, ATLANTIC RECORDING CORPORATION, d/b/a ATLANTIC RECORDS, BDI MUSIC LTD., BUCKS MUSIC GROUP LTD., THE ROYALTY NETWORK, INC., DAVID PLATZ MUSIC (USA) INC., AMY WADGE, JAKE GOSLING, MARK "SPIKE" STENT, STONE DIAMOND MUSIC CORP., CHEWIETOURS LP, EMI MUSIC PUBLISHING, SONY MUSIC ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY CORPORATION, MESSINA TOURING GROUP, LLC and DOES 1 THROUGH 10<br><br>*Defendants*. | ECF CASE<br><br>20-cv-4329 (RA) (SN)<br><br>**APPEARANCE OF COUNSEL** |

TO: The Clerk of Court and all parties of record, I am admitted or otherwise authorized to practice in this Court, and I appear as counsel of record for: defendants Edward Christopher Sheeran p/k/a Ed Sheeran, Sony/ATV Music Publishing LLC, Atlantic Recording Corporation d/b/a Atlantic Records, BDi Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling, Stone Diamond Music Corp., Chewietours LP, Sony Corporation of America and Messina Touring Group, LLC.

Dated: New York, New York
       May 24, 2023

PRYOR CASHMAN LLP

By: */s/ Brian M. Maida*
    Brian M. Maida
    bmaida@pryorcashman.com
7 Times Square
New York, New York 10036-6569
Telephone: (212) 421-4100
Facsimile: (212) 326-0806