UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STRUCTURED ASSET SALES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>EDWARD CHRISTOPHER SHEERAN p/k/a/ ED SHEERAN, SONY/ATV MUSIC PUBLISHING, LLC, ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS, BDI MUSIC LTD., BUCKS MUSIC GROUP LTD., THE ROYALTY NETWORK, INC., DAVID PLATZ MUSIC (USA) INC., AMY WADGE, JAKE GOSLING, MARK "SPIKE" STENT, STONE DIAMOND MUSIC CORP., CHEWIETOURS LP, EMI MUSIC PUBLISHING, SONY MUSIC ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY CORPORATION, MESSINA TOURING GROUP, LLC, and DOES 1 THROUGH 10,<br><br>Defendants. | 20-CV-4329 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

This case has been stayed since March 30, 2021. *See* Dkt. No. 98. On March 24, 2023, the Court ordered that the stay remain in effect pending the resolution of any appeal in this matter. *See* Dkt. No. 101. The Court also ordered the parties to "submit a letter to the Court proposing next steps within a week of the resolution of any appeals and/or new trials in *Griffin* and *SAS I*." *Id.* Given the time that has elapsed since the Court's March 24, 2023 Order, the parties shall file a joint letter no later than May 6, 2024, updating the Court as to the status of this matter and proposing next steps.

SO ORDERED.

Dated: April 5, 2024
       New York, New York

_____
Hon. Ronnie Abrams
United States District Judge