

**PRYOR CASHMAN LLP**

New York | Los Angeles | Miami

7 Times Square, New York, NY 10036-6569  Tel: 212-421-4100  Fax: 212-326-0806      www.pryorcashman.com

Donald S. Zakarin
Partner
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

November 7, 2024

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Court House
40 Foley Square
New York, NY 10007

      Re:    **Structured Asset Sales, LLC v. Sheeran, 20-cv-4329 (RA) (SN)**

Dear Judge Abrams:

On behalf of Defendants in this action, we write, pursuant to the Court's May 24, 2023 Order (ECF 101), to provide an update on the status of *Structured Asset Sales, LLC v. Sheeran*, 18-cv-05839 (LLS) ("*SAS I*").[1]

On November 1, 2024, the Second Circuit affirmed Judge Stanton's dismissal of *SAS I*. *See Structured Asset Sales, LLC v. Sheeran*, No. 23-905, 2024 WL 4644955 (2d Cir. Nov. 1, 2024).[2]

Subject to whether SAS petitions for panel rehearing, rehearing *en banc* or for a writ of certiorari, *SAS I* is now concluded in favor of Defendants. Accordingly, we believe that SAS should advise Your Honor whether it intends to take any further action in *SAS I* that would warrant any continuation of the stay in this action.

                                    Respectfully submitted,

                                    Donald S. Zakarin

---

[1] As we previously informed the Court on May 6, 2024, the plaintiffs in *Griffin v. Sheeran*, 17-cv-05221 (LLS) withdrew with prejudice their appeal of the jury's verdict, which found that "Thinking Out Loud" was independently created and thus did not infringe the copyright of "Let's Get It On."

[2] A true and correct copy of the Second Circuit's opinion is annexed as **Exhibit 1**.