# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

November 21, 2024

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

    Re:    Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter ("*SAS II*"). In accordance with Your Honor's November 12, 2024 Endorsement, I am writing to advise the Court that Plaintiff respectfully seeks to continue the stay of this action, pending the still-ongoing matter of *Structured Asset Sales, LLC v. Sheeran*, 18-cv-05839-LLS ("*SAS I*").

As Defendants reported in their letter of November 7, 2024 (ECF 104), on November 1, 2024, the Second Circuit affirmed Judge Stanton's dismissal of *SAS I*. *See Structured Asset Sales, LLC v. Sheeran*, No. 23-905, 2024 WL 4644955 (2d Cir. Nov. 1, 2024).

On November 15, 2024, Plaintiff filed a Petition for Rehearing *En Banc* with the Second Circuit, seeking *en banc* review of the November 1, 2024 decision. The focus of Plaintiff's Petition is upon: (a) the Second Circuit's affirmance of the District Court's conclusion on the "deposit copy" issue; and (b) the Second Circuit's reliance upon the legal views of the United States Copyright Office as reflected in the *Compendium of U.S. Copyright Office Practices* – its administrative manual – which reliance was improper following the United States Supreme Court's decision in *Loper Bright Enterprises v. Raimondo*, 144 S. Ct. 2244 (2024), in which the Supreme Court overruled *Chevron, U.S.A., Inc. v. Nat. Res. Def. Council, Inc.*, 467 U.S. 837 (1984). The Second Circuit has not, as yet, requested a response to the Petition from the Defendants.

In view of the foregoing, Plaintiff does not at this time know whether it will Petition the United States Supreme Court for a Writ of Certiorari.

As noted above, Plaintiff respectfully submits that the stay in *SAS II* should be continued pending the resolution of Plaintiff's Petition for Rehearing *En Banc*. Once that occurs, we will advise Your Honor and, depending on its outcome, we will then address whether Plaintiff seeks that the stay be continued further, or whether *SAS II* should then proceed.

**United States District Judge**  
**Ronnie Abrams**

November 21, 2024

Respectfully submitted,

Hillel I. Parness

cc: Counsel of Record (via ECF)