# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

December 9, 2024

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

Re:   Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter ("*SAS II*").  In accordance with Your Honor's November 22, 2024 Endorsement (ECF 107), I am writing to advise the Court that Plaintiff respectfully seeks to continue the stay of this action, pending the still-ongoing matter of *Structured Asset Sales, LLC v. Sheeran*, 18-cv-05839-LLS ("*SAS I*").

On November 15, 2024, Plaintiff filed a Petition for Rehearing *En Banc* with the Second Circuit, seeking *en banc* review of the November 1, 2024 decision.  On December 6, 2024, the Second Circuit denied that petition.  In accordance with Supreme Court Rule 13, Plaintiff has until March 6, 2025 (90 days) to Petition the United States Supreme Court for a Writ of Certiorari.  Plaintiff is currently inclined to file said Petition.  If Plaintiff decides not to file, it will inform the Court and opposing counsel.  In the meantime, as noted above, Plaintiff respectfully submits that the stay in *SAS II* should be continued.

Respectfully submitted,

Hillel I. Parness

cc:   Counsel of Record (via ECF)