# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

March 10, 2025

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

    Re:    Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter ("*SAS II*"). In accordance with Your Honor's December 9, 2024 Endorsement (ECF 109), I am writing to advise the Court that Plaintiff filed a Petition to the United States Supreme Court for a Writ of Certiorari on March 6, 2025. Plaintiff respectfully submits that the stay in *SAS II* should be continued.

        Respectfully submitted,

        Hillel I. Parness

cc:    Counsel of Record (via ECF)