# PARNESS LAW FIRM, PLLC

June 23, 2025

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

Re:    Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter. In accordance with Your Honor's March 11, 2025 Endorsement (ECF 111), I am writing to advise the Court that on June 16, 2025, the United States Supreme Court denied Plaintiff's Petition for a Writ of Certiorari.

In view of this development, on behalf of Plaintiff, I propose that counsel for the parties meet and confer with each other, and submit a joint letter within the next 30 days, indicating whether one or both sides seeks to make any motions at this time, or whether the parties are ready to proceed with discovery. If the former, the joint letter should indicate proposed schedules for said motions, and if the latter, the joint letter should include a Revised Proposed Case Management Plan, the last one having been submitted on September 4, 2020 (ECF 85).

Respectfully submitted,

Hillel I. Parness

cc:    Counsel of Record (via ECF)