

7 Times Square, New York, NY 10036-6569   Tel: 212-421-4100   Fax: 212-326-0806                              www.pryorcashman.com

**Donald S. Zakarin**
Partner
Direct Tel: 212-326-0108
dzakarin@pryorcashman.com

September 15, 2025

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall
United States Court House
40 Foley Square
New York, NY 10007

      Re:    <u>**Structured Asset Sales, LLC v. Sheeran, 20-cv-4329 (RA) (SN)**</u>

Dear Judge Abrams:

      On behalf of defendants Edward Christopher Sheeran, Sony/ATV Music Publishing LLC, Atlantic Recording Corporation, BDI Music Ltd., Bucks Music Group Ltd., The Royalty Network, Inc., David Platz Music (USA) Inc., Amy Wadge, Jake Gosling, Stone Diamond Music Corp., Sony Corporation of America, Chewietours LP and Messina Touring Group LLC (collectively, "Defendants"), we write, pursuant to the Court's July 28, 2025 Order (ECF 115), to provide the Court with Defendants' position as to whether they consent to the filing of the proposed Amended Complaint (the "PAC") of Structured Asset Sales, LLC ("SAS"), which was provided to Defendants on August 29, 2025. We timely advised SAS of certain issues we had with the PAC as discussed below.[1]

      On September 12, 2025, I sent SAS's counsel a detailed letter identifying certain concerns we had with the PAC, including factual corrections. While we stated our agreement that SAS's operative pleading in this action needs to be amended, given the outcome of *Structured Asset Sales, LLC v. Sheeran*, 18-cv-05839 (LLS) and specific findings issued by the Second Circuit, we advised that we could not consent to the filing of the PAC in current form. We identified to SAS, in detail, various concerns with the PAC, which included both general (but foundational) issues with the proposed pleading and issues with specific paragraphs. We further advised SAS that, if our suggested revisions were addressed and requested clarifications provided, we would not oppose the filing of a (so-revised) amended complaint, obviously without waiver of Defendants' right to file a motion to dismiss under Rule 12.

      In the hopes that we can reach agreement on an amended complaint, we also advised SAS's counsel that we would be happy to discuss all of the issues we identified in furtherance of avoiding

---

[1] I apologize for not simultaneously sending this note to the Court. I inadvertently overlooked that portion of Your Honor's direction.



Hon. Ronnie Abrams
September 15, 2025
Page 2

the necessity of a motion for leave to amend.  If the Court wishes to review our correspondence to SAS's counsel, we are happy to file a copy.

      Again, I apologize for overlooking the requirement of advising Your Honor of where things stand at the same time as we sent our letter to SAS's counsel.  That is entirely my fault.

      Respectfully submitted,

Donald S. Zakarin