# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

October 3, 2025

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

    Re:    <u>Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN</u>

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter.  In accordance with Your Honor's July 28, 2025 (ECF 115) and September 16, 2025 (ECF 117) Endorsements, counsel for the parties wish to jointly report that they are continuing to confer about the process for amendment of the complaint in this matter, and whether Defendants will consent to an amendment.  Counsel are in agreement that we require additional time to work through all of the issues attendant thereto.  Both sides agree that an amendment is necessary and appropriate and are attempting to reach agreement to avoid motion practice relating to amending the complaint (recognizing that Defendants may move to dismiss, in whole or in part, an amended complaint).

To that end, in accordance with Section 1.D of Your Honor's Individual Rules & Practices in Civil Cases, the parties jointly request adjournment of the following dates:

| Event | Current Date | New Date |
|---|---|---|
| Plaintiff shall provide Defendants with an updated proposed amended complaint | N/A | October 17, 2025 |
| Defendants shall advise Plaintiff and the Court whether they consent to the filing of the proposed Amended Complaint | October 8, 2025 | October 31, 2025 |
| **If Defendants consent to the filing of the proposed Amended Complaint** | | |
| Defendants shall answer or move in relation to it by: | October 15, 2025 | November 21, 2025 |
| Plaintiff shall oppose any motion by: | November 12, 2025 | December 19, 2025 |
| Defendants shall reply by: | November 26, 2025 | January 14, 2026 |
| **If Defendants do not consent to the filing of the proposed Amended Complaint** | | |
| Plaintiff shall file a motion for leave to amend by: | October 13, 2025 | November 21, 2025 |
| Defendants shall oppose by: | November 10, 2025 | December 19, 2025 |
| Plaintiff shall reply by: | November 24, 2025 | January 14, 2026 |

This is the first request for adjournment of these dates, although the date by which Defendants shall advise Plaintiff of their consent was already extended once by the Court (ECF 117). The requested extensions do not affect any other scheduled dates.

Respectfully submitted,

Hillel I. Parness

cc:   Counsel of Record (via ECF)