# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

October 29, 2025

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

    Re:    Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter.  I am in receipt of Mr. Zakarin's letter to Your Honor dated October 28, 2025 (ECF 120).  On October 27 I was in a deposition, on October 28 I was in a settlement conference and witness preparation, and I am going to be in depositions and additional witness preparation for the balance of this week (October 29 through 31, 2025).  I am not opposed to a conference, but in light of my schedule I would appreciate having until at least Tuesday November 4, 2025 to respond substantively to Mr. Zakarin's letter.

        Respectfully submitted,

        Hillel I. Parness

cc:    Counsel of Record (via ECF)