# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

October 30, 2025

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

Re:   Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter.  The Court has scheduled an in-person conference to take place November 6, 2025 at 12:00 p.m. ECF 124.  I am unavailable to appear in person on that date, as I will be overseas at a conference that entire week.  I have conferred with counsel for the Defendants, and we are in agreement that an in-person conference would be superior to a remote conference, subject of course to the Court's availability and approval.  If the Court is not inclined to adjourn the conference date, I would be able to attend remotely.

In accordance with Section I.D. of Your Individual Rules and Practices in Civil Cases, I respectfully request adjournment of the conference to one of the following dates.

- November 10, 2025
- November 12, 2025 (9 or 9:30 am)
- November 13, 2025 (morning)

Defendants' counsel consents to this request, which is appreciated, and they have confirmed their availability as well.  This is the first request for adjournment of this date. The requested extension does not affect any other scheduled dates.

Respectfully submitted,

Hillel I. Parness

cc:   Counsel of Record (via ECF)

Application granted. The hearing previously scheduled for November 6, 2025 is hereby adjourned until November 12, 2025 at 9:00 a.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
October 30, 2025