UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRUCTURED ASSET SALES, LLC,

                Plaintiff,

v.

EDWARD CHRISTOPHER SHEERAN p/k/a/ ED SHEERAN, SONY/ATV MUSIC PUBLISHING, LLC, ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS, BDI MUSIC LTD., BUCKS MUSIC GROUP LTD., THE ROYALTY NETWORK, INC., DAVID PLATZ MUSIC (USA) INC., AMY WADGE, JAKE GOSLING, MARK "SPIKE" STENT, STONE DIAMOND MUSIC CORP., CHEWIETOURS LP, EMI MUSIC PUBLISHING, SONY MUSIC ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY CORPORATION, ANSCHUTZ ENTERTAINMENT GROUP, INC., and DOES 1 THROUGH 10,

                Defendants.

No. 20-cv-4329 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    Due to a scheduling conflict, the status conference previously scheduled for November 12, 2025 at 9:00 a.m. is hereby adjourned until November 21, 2025 at 2:00 p.m.

SO ORDERED.

Dated:    November 5, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge