# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York 10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

November 10, 2025

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

      Re:    Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter. The Court has rescheduled the in-person conference from November 12, 2025 at 2:00 p.m. to November 21, 2025 at 2:00 p.m. ECF 128. I have a conflict at that time, due to a previously-scheduled conference in another matter, followed by a previously-scheduled speaking obligation.

I am available to appear in the morning hours of November 21, 2025, subject of course to the Court's availability, and thus, in accordance with Section I.D. of Your Individual Rules and Practices in Civil Cases, I respectfully request adjournment of the conference to the morning of November 21, 2025.

Defendants' counsel consents to this request, which is appreciated, and they have confirmed their availability as well. This is the first request for adjournment of the November 21, 2025 date. The requested extension does not affect any other scheduled dates.

                                              Respectfully submitted,

                                              Hillel I. Parness

cc:    Counsel of Record (via ECF)

---

Application granted. The conference previously scheduled for November 21, 2025 is hereby adjourned until November 20, 2025 at 12:30 p.m.

SO ORDERED.

_____
Hon. Ronnie Abrams
November 13, 2025