UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

STRUCTURED ASSET SALES, LLC,

                Plaintiff,

         v.

EDWARD CHRISTOPHER SHEERAN p/k/a/ ED SHEERAN, SONY/ATV MUSIC PUBLISHING, LLC, ATLANTIC RECORDING CORPORATION d/b/a ATLANTIC RECORDS, BDI MUSIC LTD., BUCKS MUSIC GROUP LTD., THE ROYALTY NETWORK, INC., DAVID PLATZ MUSIC (USA) INC., AMY WADGE, JAKE GOSLING, MARK "SPIKE" STENT, STONE DIAMOND MUSIC CORP., CHEWIETOURS LP, EMI MUSIC PUBLISHING, SONY MUSIC ENTERTAINMENT INC., SONY CORPORATION OF AMERICA, SONY CORPORATION, ANSCHUTZ ENTERTAINMENT GROUP, INC., and DOES 1 THROUGH 10,

                Defendants.

No. 20-cv-4329 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The status conference previously scheduled for November 20, 2025 is hereby adjourned until December 9, 2025 at 12:00 p.m. The conference will be held in person in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York

SO ORDERED.

Dated:    November 19, 2025
             New York, New York

_____
Ronnie Abrams
United States District Judge