# PARNESS LAW FIRM, PLLC

136 Madison Avenue, 6th Floor • New York, New York  10016
Hillel I. Parness • www.hiplaw.com • hip@hiplaw.com
(Cell) 646-526-8261 • (Office) 212-447-5299 • (Fax) 212-202-6002

March 16, 2026

VIA ECF

United States District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203

> Re:    Structured Asset Sales, LLC v. Sheeran, 20-cv-4329-RA-SN

Dear Judge Abrams:

I represent Plaintiff Structured Asset Sales, LLC in the above-referenced matter.  Plaintiff respectfully requests that the Court take notice of 17 U.S.C. § 1505(a) as supplemental authority in further support of Plaintiff's Opposition (ECF 136) to Defendants' Motion for Partial Reconsideration (ECF 133-134).

Section 1505(a), which was added to the Copyright Act effective December 27, 2020 as part of the amendments establishing the Copyright Claims Board ("CCB"), specifically states that a prerequisite for bringing a claim before the CCB is that "the legal or beneficial owner of the copyright has first delivered a completed application, a deposit, and the required fee for registration of the copyright to the Copyright Office" (emphasis added), providing further support for Plaintiff's position that beneficial owners may file copyright applications and bring infringement actions based on the resulting registrations issued by the Copyright Office.[1]

Respectfully submitted,

Hillel I. Parness

cc:    Counsel of Record (via ECF)

---

[1] As the Court will recall, Plaintiff alleges that it only proceeded to file the application once Defendants refused Plaintiff's requests that they do so.  ECF 1 ¶¶ 385, 399-400.